| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CECCHI, CLAIRE C. | 2. Court or Organization<br><br>US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 3. Date of Report<br><br>12/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US FEDERAL JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Martin Luther King Jr Fed Bldg<br>50 Walnut Street<br>Newark, NJ 07102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | |
| 2. | 2014 | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CECCHI, CLAIRE C. | 12/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Great West Financial | 401k loan | J |
| 2. | Citibank | Unsecured credit lines | O |
| 3. | American Express | Credit Card | L |
| 4. | MassMutual | Life Insurance loan | J |
| 5. | Northwestern Life | Life Insurance loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking accounts | A | Interest | J | T | | | | | |
| 2. Citibank - Checking accounts | A | Interest | J | T | | | | | |
| 3. Northwestern Mutual Ins Cash Value | A | Interest | J | T | Redeemed (part) | 07/12/14 | K | | |
| 4. Guardian Whole Life | B | Interest | K | T | | | | | |
| 5. Mass Mutual Whole Life | A | Interest | K | T | | | | | |
| 6. 401(k) #1 - Lines 7-8 (H) | | | | | | | | | |
| 7. - AmericanFunds Inv Fund | A | Dividend | L | T | | | | | |
| 8. - Mainstay Large Cap | A | Dividend | K | T | | | | | |
| 9. SEP #1 (H) | | | | | | | | | |
| 10. - UBS Bank (Cash account) | A | Int./Div. | J | T | | | | | |
| 11. 401(k) #2 - Lines 12-13 (H) | | | | | | | | | |
| 12. - American Century Growth Fund | F | Dividend | N | T | | | | | |
| 13. - PIMCO Total Return | D | Dividend | M | T | | | | | |
| 14. ▮▮▮▮ | | None | P2 | W | | | | | |
| 15. Mark Pharmaceutical (Unlisted Security) | | None | J | T | | | | | |
| 16. Brokerage #1 - Lines 17-19 (H) | | | | | | | | | |
| 17. - Western Asset Money Mkt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Total Stock Market etf | A | Dividend | J | T | | | | | |
| 19. - Prudential Short-term Corp Bond Fund | A | Int./Div. | J | T | | | | | |
| 20. Franklin Templeton 529 Age 9-12 | A | Dividend | L | T | | | | | |
| 21. Brokerage #2 - Lines 21-385 (H) | | | | | | | | | |
| 22. - Dreyfus Muni MONEY MARKET | A | Dividend | K | T | | | | | |
| 23. - VA State Pub Bldg Bond | A | Interest | J | T | | | | | |
| 24. - NY State Hwy Auth Bond | A | Interest | J | T | | | | | |
| 25. - Hawaii St Ser EH Bond | A | Interest | K | T | | | | | |
| 26. - Hamilton County Ohio Bond | A | Interest | K | T | Buy | 01/08/14 | K | | |
| 27. - Ohio State Pub Bond | A | Interest | J | T | Buy | 05/01/14 | J | | |
| 28. - Minnesota St Unref Bond | A | Interest | J | T | Buy | 01/08/14 | J | | |
| 29. - Penn State Bond | A | Interest | J | T | Buy | 02/02/14 | J | | |
| 30. - Massachusetts St Bond | A | Interest | J | T | Buy | 02/12/14 | J | | |
| 31. - Virginia State Pub Bond | A | Interest | J | T | Buy | 01/10/14 | J | | |
| 32. - JEA Fl Elec Rev Bond | A | Interest | J | T | Buy | 01/16/14 | J | | |
| 33. - Moorehead Minn Sch Dist Bond | A | Interest | K | T | Buy | 01/24/14 | K | | |
| 34. - Nevada St Hwy Impt Bond | A | Interest | J | T | Buy | 02/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Abbvie Inc Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 36. - Abbvie Inc Com | A | Dividend | | | Buy | 02/06/14 | J | | |
| 37. | | | | | Sold | 05/30/14 | J | A | |
| 38. - Accenture PLC Com | A | Dividend | | | Sold (part) | 05/30/14 | J | A | |
| 39. | | | | | Sold (part) | 07/31/14 | J | A | |
| 40. | | | | | Sold (part) | 09/26/14 | J | A | |
| 41. | | | | | Sold (part) | 10/13/14 | J | A | |
| 42. | | | | | Sold (part) | 10/21/14 | J | A | |
| 43. | | | | | Sold | 10/28/14 | J | A | |
| 44. - Ace Ltd Com | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 45. - ADT Corp Com | A | Dividend | | | Sold (part) | 02/07/14 | J | A | |
| 46. | | | | | Buy | 02/11/14 | J | | |
| 47. | | | | | Sold (part) | 04/09/14 | J | A | |
| 48. | | | | | Sold | 04/29/14 | J | A | |
| 49. - AIG Com | | None | | | Sold (part) | 02/06/14 | J | A | |
| 50. | | | | | Sold | 05/30/14 | J | A | |
| 51. - Amgen Com | A | Dividend | | | Sold | 05/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Amphenol Com | A | Dividend | J | T | Sold (part) | 07/31/14 | J | A | |
| 53.   - Ansys Inc Com | A | Dividend | J | T | Buy | 07/31/14 | J | | |
| 54.   - Apple Com | A | Dividend | J | T | Sold (part) | 02/27/14 | J | A | |
| 55. | | | | | Sold (part) | 09/26/14 | J | A | |
| 56.   - Calpine Com | | None | | | Sold | 05/30/14 | J | A | |
| 57.   - Cameron Intl Com | | None | | | Sold | 01/15/14 | J | A | |
| 58.   - Capital One Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 59. | | | | | Sold (part) | 05/30/14 | J | A | |
| 60.   - Chevron Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 61.   - Cognizant Tech Com | A | Dividend | J | T | Buy | 08/08/14 | J | | |
| 62.   - Comcast Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 63.   - Comcast Com | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 64.   - Core Lab Com | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 65.   - Costco Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 66. | | | | | Sold (part) | 05/08/14 | J | A | |
| 67.   - Covance Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 68. | | | | | Buy (add'l) | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/19/14 | J | A | |
| 70. | | | | | Sold (part) | 11/28/14 | J | A | |
| 71. - Covidian Com | | None | | | Sold | 05/30/14 | J | A | |
| 72. - CVS CAremark Com | A | Dividend | J | T | Sold (part) | 05/30/14 | J | B | |
| 73. - Danaher Corp Com | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 74. - Davita Healthcare Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 75. - Ecolab Com | A | Dividend | J | T | | | | | |
| 76. - EMC Corp Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 77. - Estee Lauder Co Com | A | Dividend | J | T | Sold (part) | 01/21/14 | J | A | |
| 78. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 79. - Express Scripts Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 80. | | | | | Sold (part) | 05/30/14 | J | A | |
| 81. - Fluor Corp Com | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 82. | | | | | Sold (part) | 03/31/14 | J | A | |
| 83. | | | | | Sold (part) | 05/21/14 | J | A | |
| 84. | | | | | Sold (part) | 07/31/14 | J | A | |
| 85. | | | | | Sold (part) | 08/08/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/19/14 | J | A | |
| 87. | | | | | Sold (part) | 12/16/14 | J | A | |
| 88. | | | | | Sold | 12/22/14 | J | A | |
| 89. - FMC Tech Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 90. | | | | | Sold (part) | 05/30/14 | J | A | |
| 91. | | | | | Buy (add'l) | 02/27/14 | J | | |
| 92. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 93. - Ford Motor Com | A | Dividend | | | Sold (part) | 02/06/14 | J | A | |
| 94. | | | | | Sold | 05/30/14 | J | A | |
| 95. - Fossil Grp Com | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 96. | | | | | Sold (part) | 12/16/14 | J | A | |
| 97. | | | | | Sold (part) | 12/22/14 | J | A | |
| 98. - General Elec Com | A | Dividend | | | Sold (part) | 02/06/14 | J | A | |
| 99. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 100. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 101. | | | | | Sold | 05/30/14 | J | A | |
| 102. - GenPact Ltd Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 104. - Gilead Sciences Com | A | Dividend | J | T | Buy (add'l) | 02/06/14 | J | | |
| 105. | | | | | Buy (add'l) | 02/27/14 | J | | |
| 106. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 107. | | | | | Sold (part) | 11/06/14 | J | A | |
| 108. | | | | | Sold (part) | 11/28/14 | J | A | |
| 109. - Goldman Sachs Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 110. - Google Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 111. - Haliburton Com | A | Dividend | | | Sold (part) | 02/06/14 | J | A | |
| 112. | | | | | Sold (part) | 05/30/14 | J | A | |
| 113. | | | | | Sold | 08/05/14 | J | A | |
| 114. - Honeywell Intl | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 115. - Intuitive Surgical Com | A | Dividend | J | T | | | | | |
| 116. - JP Morgan Chase Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 117. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 118. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 119. - KAR Auction Svcs Com | A | Dividend | | | Sold | 05/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 121. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 122. | | | | | Sold | 06/02/14 | J | A | |
| 123. - Kinder Morgan Com | A | Dividend | | | Sold | 02/25/14 | J | A | |
| 124. - Lowes Com | A | Dividend | | | Sold | 02/25/14 | J | A | |
| 125. - Mead Johnson Com | A | Dividend | J | T | Sold (part) | 04/25/14 | J | A | |
| 126. | | | | | Sold (part) | 10/21/14 | J | A | |
| 127. - MetLife Inc Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 128. | | | | | Sold (part) | 05/30/14 | J | A | |
| 129. - Microsoft Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 130. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 131. | | | | | Sold (part) | 10/07/14 | J | A | |
| 132. | | | | | Sold (part) | 11/11/14 | J | A | |
| 133. - National Instruments Com | A | Dividend | J | T | Buy (add'l) | 02/06/14 | J | | |
| 134. | | | | | Sold (part) | 05/30/14 | J | A | |
| 135. - Netapp Com | A | Dividend | | | Sold | 03/31/14 | J | A | |
| 136. - Oracle Com | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 138. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 139. - Praxair Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 140. - Qualcomm Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 141. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 142. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 143. | | | | | Sold (part) | 09/26/14 | J | A | |
| 144. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 145. - Realogy Holdings Com | | None | | | Sold | 05/30/14 | J | A | |
| 146. - Roper Ind Com | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 147. | | | | | Sold | 03/31/14 | J | A | |
| 148. - Salesforce.com Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 149. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 150. - Schlumberger Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 151. | | | | | Sold (part) | 06/02/14 | J | A | |
| 152. | | | | | Sold (part) | 07/10/14 | J | A | |
| 153. | | | | | Buy (add'l) | 12/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Schwab Charles Com | A | Dividend | J | T | Buy (add'l) | 02/06/14 | J | | |
| 155. | | | | | Sold (part) | 05/30/14 | J | A | |
| 156. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 157.  - Sensata Com | A | Dividend | | | Buy (add'l) | 01/23/14 | J | | |
| 158. | | | | | Sold (part) | 02/06/14 | J | A | |
| 159. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 160. | | | | | Sold | 05/30/14 | J | A | |
| 161.  - Starbucks Com | A | Dividend | J | T | Buy (add'l) | 02/27/14 | J | | |
| 162. | | | | | Sold (part) | 05/30/14 | J | A | |
| 163.  - Stericycle Com | A | Dividend | J | T | Buy (add'l) | 11/06/14 | J | | |
| 164.  - Thermo Fisher Com | A | Dividend | | | Sold (part) | 03/24/14 | J | A | |
| 165. | | | | | Sold | 05/30/14 | J | A | |
| 166.  - Tyco Intl Com | | None | | | Buy (add'l) | 05/01/14 | J | | |
| 167. | | | | | Sold | 05/30/14 | J | A | |
| 168.  - United Tech Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 169.  - UnitedHealth Croup Com | A | Dividend | | | Sold (part) | 04/16/14 | J | A | |
| 170. | | | | | Sold | 05/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Visa Inc Com | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 172. | | | | | Sold (part) | 06/20/14 | J | A | |
| 173. - Wabco Holdings Com | | None | | | Sold | 05/30/14 | J | A | |
| 174. - Weatherford Intl Com | | None | | | Sold (part) | 01/27/14 | J | A | |
| 175. | | | | | Sold (part) | 04/28/14 | J | A | |
| 176. | | | | | Sold | 05/30/14 | J | B | |
| 177. - Wellpoint Com | A | Dividend | | | Buy (add'l) | 04/22/14 | J | | |
| 178. | | | | | Sold | 05/30/14 | J | A | |
| 179. - Wells Fargo Com | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 180. - Whole Foods Com | A | Dividend | J | T | Buy (add'l) | 01/21/14 | J | | |
| 181. | | | | | Sold (part) | 02/06/14 | J | A | |
| 182. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 183. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 184. - Wyndham Worldwide Com | A | Dividend | | | Sold | 05/30/14 | J | A | |
| 185. - Invesco Developing Mkts Fund | A | Dividend | L | T | Buy (add'l) | 02/06/14 | J | | |
| 186. | | | | | Sold (part) | 05/30/14 | J | A | |
| 187. | | | | | Sold (part) | 08/25/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Artisan Intl Value Fund | B | Dividend | M | T | Buy (add'l) | 02/06/14 | J | | |
| 189. | | | | | Sold (part) | 05/30/14 | J | A | |
| 190. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 191. - Western Asset Global HY Fund | A | Dividend | | | Sold | 01/08/14 | K | A | |
| 192. - Western Asset Inst AMT Free Muni Fund | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 193. - MFS Intl Equity Fund | C | Dividend | L | T | Buy (add'l) | 02/06/14 | J | | |
| 194. | | | | | Sold (part) | 05/30/14 | J | A | |
| 195. - T Rowe Price Blue Chip | C | Dividend | L | T | Sold (part) | 02/06/14 | L | A | |
| 196. | | | | | Buy (add'l) | 05/30/14 | K | | |
| 197. | | | | | Sold (part) | 08/25/14 | J | A | |
| 198. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 199. - Virtus Emerging Mkts Fund | A | Dividend | K | T | Buy (add'l) | 02/06/14 | J | | |
| 200. | | | | | Sold (part) | 05/30/14 | J | A | |
| 201. | | | | | Sold (part) | 08/02/14 | J | A | |
| 202. - iShares Russell 2000 ETF | C | Dividend | M | T | Sold (part) | 02/06/14 | K | A | |
| 203. | | | | | Sold (part) | 05/30/14 | K | B | |
| 204. - AES Corp Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Aflac Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 206. | | | | | Sold (part) | 06/25/14 | J | A | |
| 207.  - Akzo Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 208. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 209.  - Apache Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 210. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 211.  - Avnet Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 212.  - Baxter Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 213. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 214. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 215. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 216.  - Bristol Myers Com | A | Dividend | J | T | Buy | 11/19/14 | J | | |
| 217.  - Cisco Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 218. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 219. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 220. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 221.  - Cobalt Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Community Health Com | A | Dividend | J | T | Buy | 06/03/14 | J | | |
| 223. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 224. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 225. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 226.  - Corning Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 227.  - Costco Com | A | Dividend | J | T | Buy | 11/01/14 | J | | |
| 228.  - Discover Finl Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 229.  - Discovery Communication Ser A Com | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 230. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 231. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 232. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 233.  - Discovery Communication Ser C Com | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 234. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 235. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 236. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 237. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 238. | | | | | Buy (add'l) | 10/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Energizer Holdings Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 240. | | | | | Sold (part) | 07/01/14 | J | A | |
| 241. | | | | | Sold (part) | 07/22/14 | J | A | |
| 242. | | | | | Sold (part) | 10/21/14 | J | A | |
| 243. | | | | | Sold (part) | 12/03/14 | J | A | |
| 244. - ERicsson Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 245. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 246. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 247. - Fastenal Com | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 248. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 249. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 250. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 251. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 252. - Gap Com | A | Dividend | J | T | Buy | 12/03/14 | J | | |
| 253. - General Motors Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 254. | | | | | Sold (part) | 06/03/14 | J | A | |
| 255. - Genworth Com | A | Dividend | J | T | Buy | 07/08/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - GNC Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 257. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 258. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 259.  - Gulfport Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 260. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 261.  - Hartford Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 262.  - Hologic Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 263.  - Hospira Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 264. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 265.  - Interpublic Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 266.  - Keycorp Com | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 267.  - Kroger Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 268.  - Lear Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 269.  - Lincoln Nat'l Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 270.  - Lyondellbasell Ind Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 271. | | | | | Sold (part) | 09/09/14 | J | A | |
| 272. | | | | | Buy (add'l) | 11/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Macys Com | A | Dividend | J | T | Buy | 12/03/14 | J | | |
| 274.  - Marathon Oil Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 275. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 276.  - Marathon Pete Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 277.  - Medtronic Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 278. | | | | | Sold (part) | 09/30/14 | J | A | |
| 279.  - Morgan Stanley Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 280.  - Nasdaq Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 281. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 282.  - Netsuite Com | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 283. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 284. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 285. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 286.  - Newell Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 287.  - Northrop Grumman Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 288.  - Nu Skin Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 289.  - Outfront Media Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 291.  - Pfizer Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 292. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 293.  - Prudential Com | A | Dividend | J | T | Buy | 07/08/14 | J | | |
| 294.  - Quest Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 295.  - Raytheon Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 296.  - Regions Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 297.  - Reliance Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 298.  - SLM Corp Com | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 299.  - Spirit Aerosystems Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 300.  - Stanley Black & Decker Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 301.  - Suncor Energy Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 302. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 303.  - Symantec Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 304.  - Telephone & Data Sys Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 305. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 306. | | | | | Buy (add'l) | 10/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Teradyne Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 308.  - Teva Pharm Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 309. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 310.  - Total S A Sponsored ADR | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 311. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 312. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 313. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 314.  - Travelers Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 315. | | | | | Sold (part) | 09/16/14 | J | A | |
| 316. | | | | | Sold (part) | 12/16/14 | J | A | |
| 317.  - Tupperware Brands Com | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 318.  - Tyson Com | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 319.  - UGI Corp Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 320.  - United States Cellular Com | A | Dividend | J | T | Buy | 11/05/14 | J | | |
| 321.  - Valero Energy Corp Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 322. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 323. | | | | | Buy (add'l) | 09/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Verizon Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 325. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 326. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 327. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 328. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 329. - Viacom Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 330. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 331. - Wesrern Union Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 332. | | | | | Sold (part) | 10/29/14 | J | A | |
| 333. - Xerox Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 334. - XL Group Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 335. - Zimmer Holdings Com | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 336. | | | | | Sold (part) | 11/04/14 | J | A | |
| 337. | | | | | Sold (part) | 12/16/14 | J | A | |
| 338. - CBS Outdoor Amers Com | A | Dividend | J | T | Buy | 12/31/14 | J | | |
| 339. - Brown Advisory Small Cap | A | Dividend | J | T | Buy | 02/06/14 | K | | |
| 340. | | | | | Sold (part) | 05/30/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Wells Fargo Adv Short-term | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 342. | | | | | Sold (part) | 02/06/14 | J | A | |
| 343. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 344. - Dow Com | A | Dividend | | | Buy | 01/21/14 | J | | |
| 345. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 346. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 347. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 348. | | | | | Sold (part) | 02/06/14 | J | A | |
| 349. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 350. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 351. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 352. | | | | | Sold | 05/30/14 | J | A | |
| 353. - Time Warner Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 354. | | | | | Sold (part) | 06/03/14 | J | A | |
| 355. | | | | | Sold (part) | 07/22/14 | J | A | |
| 356. | | | | | Sold | 08/12/14 | J | A | |
| 357. - Time Com | | None | | | Spinoff (from line 353) | 06/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 06/12/14 | J | A | |
| 359. | | | | | Sold | 06/26/14 | J | A | |
| 360. - Exxon Mobil Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 361. | | | | | Sold (part) | 06/18/14 | J | A | |
| 362. | | | | | Sold | 07/01/14 | J | A | |
| 363. - KLA Tenor Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 364. | | | | | Sold | 07/15/14 | J | A | |
| 365. - St Jude Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 366. | | | | | Sold | 07/15/14 | J | A | |
| 367. - Conagra Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 368. | | | | | Sold | 08/05/14 | J | A | |
| 369. - Delta Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 370. | | | | | Sold | 08/05/14 | J | A | |
| 371. - Ashland Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 372. | | | | | Sold (part) | 09/16/14 | J | A | |
| 373. | | | | | Sold | 11/11/14 | J | A | |
| 374. - Memorial Resource Com | A | Dividend | | | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 09/17/14 | J | A | |
| 376.  - TRW Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 377. | | | | | Sold | 09/23/14 | J | A | |
| 378.  - State Street Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 379. | | | | | Sold | 10/07/14 | J | A | |
| 380.  - Edison Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 381. | | | | | Sold | 10/29/14 | J | A | |
| 382.  - Johnson & Johnson Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 383. | | | | | Sold | 11/04/14 | J | A | |
| 384.  - Jones Lang LaSalle Com | A | Dividend | | | Buy | 05/30/14 | J | | |
| 385. | | | | | Sold | 12/03/14 | J | A | |
| 386.  Trust 1 - See Note in Part VIII | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS:

Line 386. Trust 1 - [     ] is trustee of trust which as of report date had no value.

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/08/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAIRE C. CECCHI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544